UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>D. ALLISON, et. al.,<br><br>  Defendants. | No. 1:19-cv-001256-DAD-HBK<br><br>ORDER OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Doc. No. 26<br><br>ORDER TO TERMINATE PENDING MOTION AND DEADLINES<br><br>Doc. No. 21 |

On February 23, 2021, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice citing Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. No. 26). Rule 41(a)(1)(A)(i) permits the plaintiff to dismiss a case without a court order before a defendant answers or moves for summary judgment. Such dismissal shall be without prejudice, unless the notice states otherwise. Fed. R. Civ. P. 41(a)(1)(B). Here no defendant has answered nor filed a motion for summary judgment and the notice states the dismissal shall be with prejudice. Doc. No. 26. Considering Plaintiff's Notice of Voluntary Dismissal and his request for dismissal with prejudice, this case is dismissed with prejudice. *See Id.* at 1; *see Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (noting a plaintiff has an absolute right to dismiss a case, prior to defendant serving an answer or motion for summary judgment, which is effective upon notice, without court order).

1

Accordingly, it is **ORDERED**:

1. This action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

2. The Clerk of Court is respectfully directed to terminate any pending motions/deadlines and close this case.

IT IS SO ORDERED.

Dated: <u>   February 25, 2021   </u>

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE